150 A.3d 16

**Alfred J. RUSSO, Appellant**

v.

**ALLEGHENY COUNTY, and The Court of Common Pleas of Allegheny County, Pennsylvania, Criminal Division, Appellees**

**No. 28 WAP 2015**

Supreme Court of Pennsylvania.

October 18, 2016

## ORDER

PER CURIAM

**AND NOW,** this 18th day of October, 2016, the October 7, 2015 order of the Commonwealth Court is hereby **AFFIRMED.** Appellant's appeal from the February 12, 2015 order of the Allegheny County Court of Common Pleas is **QUASHED.**